JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILIP FIELDS, | ) | Case No. CV 13-7357 FMO (RZx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| VENTURA COUNTY, <u>et</u> <u>al</u>., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 14 day of February, 2014.

_____
/s/
Fernando M. Olguin
United States District Judge