JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP FIELDS, | Case No. CV 13-7357 FMO (RZx) |
| Plaintiff, | |
| v. | **AMENDED JUDGMENT** |
| VENTURA COUNTY, et al., | |
| Defendants. | |

Pursuant to the Ninth Circuit's Order of May 16, 2014, IT IS ADJUDGED that the above-captioned action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated this 21st day of May, 2014.

/s/
Fernando M. Olguin
United States District Judge